■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM E. DYKE, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant contends that the evidence was legally insufficient to sustain his conviction of two counts of rape in the first degree (Penal Law § 130.35 [1], [3]). Viewing the evidence in the light most favorable to the People (see, *People v Ford,* 66 NY2d 428, 435), we find that there was a valid line of reasoning and permissible inferences to sustain the jury's verdict (see, *People v Bleakley,* 69 NY2d 490, 495). Defendant further contends that reversal is mandated because the court improperly admitted complainant's statements to others as evidence of a timely complaint. Since defense counsel did not object to the admission of that evidence, the issue has not been preserved for our review (CPL 470.05 [2]) and we decline to reach it in the interest of justice (CPL 470.15 [6]).

We have reviewed defense counsel's remaining contentions and those raised by defendant *pro se* and find them to be without merit. (Appeal from judgment of Supreme Court, Erie County, Kasler, J.—rape, first degree.) Present—Denman, J. P., Green, Balio, Lawton and Davis, JJ.